FILED
U.S. District Court

FEB 20 2015

Clerk, U.S. District Court
By_____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

EZEKIEL ADAIR

        Plaintiff,

Vs.                                          Case No. 14 CV 1174-EFM-KGG

UNIFIED SCHOOL DISTRICT #259,
Wichita Public Schools,

        Defendants

## PLAINTIFFS MOTION TO COMPEL

In this Court's Order of February, 20 2015, Plaintiff hereby moves for an order compelling Defendant to produce certain documents relating to information regarding defendant as well as plaintiff. Plaintiff incorporates by reference herein the relevant facts and background information as set forth in Plaintiff's complaint and other produced documents.

**In support of this motion plaintiff states the following:**

A. Plaintiff through the willful actions of defendants Leroy Parks & Angela Brown initiated an investigation of defendants through and by Keith Reynolds (The reporting officer of harassment by and through USD259).
B. Plaintiff followed all protocol, with in his right was coerced to report the wrongdoing of defendants Leroy Parks & Angela Brown.
C. The defendants do not deny that there was an investigation completed.
D. Defendants do not deny that the same school year plaintiff resigned defendants Leroy Parks and Angela Brown were removed from Southeast High School.
E. Defendants after not denying the investigation occurred questioned it relevance to plaintiff and case. Plaintiff initiating investigation, is involved directly and the result of actions done by USD 259 towards defendants Leroy Parks and Angela Brown.  In addition, plaintiff requested the production of all documents related to plaintiff.
F. Plaintiff also requested the production of any and all surveys, charts, diagrams, notes, etc regarding defendant Leroy Parks.

G. Defendants did question the relevance of the investigation and denied the production of documents therein. Mistake ably in a deposition done by defendants through counsel, question plaintiff about the investigation regarding Leroy Parks and Angela Brown.
H. Defendants Angela Brown and Leroy Parks are removed from Southeast High School.
I. Plaintiff believes that the productions of these documents are critical and vital to the summary judgment of plaintiff.
J. Plaintiff believes that the defendants want to hide critical and impactful production that will affect the case as a whole.

**WHEREFORE**, Plaintiff respectfully requests that the Court order Defendant to produce forthwith the documents and all documents related to and specified herein.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February, 20 2015, I electronically filed the foregoing plaintiffs motion to compel to defendants which are filed Kansas District Clerk of United States District Court Clerk using the CM/ECF system, which will send notice of Electronic filing to the following:

Ezekiel Adair
Pro Se
2749 N Spruce
Wichita, Ks
316-670-9118
**Plaintiff**

Richard W. James (#19228)
Andrew T. Green (#25984)
12219 E. Central, Suite 250
Wichita, Kansas 67206
(316) 977-9999 (T)
(316) 425.0424 (F)
Email: rjames@devaughnjames.com
Email: ageren@devaughnjames.com
- ATTORNEYS FOR DEFENDANTS